ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JUL 11 PM 4:27
DEPUTY CLERK _____

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| ANDREW KASNETZ | 3-18CR-345-D |

## INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(2))

On or about February 20, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Kasnetz**, did knowingly receive child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by receiving from another using the Internet and his computer, visual depictions of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256. Specifically, **Andrew Kasnetz**, while using a peer-to-peer network, received videos of child pornography including the following video file:

Indictment—Page 1

| File Name: | Description: |
|---|---|
| 0e68ef0a56ae0a292770beca6c40cb2b – girl grace1 hmm man oral pthc sound_of_silence.mpg | Video file depicting a nude minor girl lying on her back on what appears to be a bed.  A nude male is penetrating the girl's mouth with his penis.  The male appears to ejaculate into the girl's mouth. |

In violation of 18 U.S.C. § 2252A(a)(2), the penalty for which is found at 18 U.S.C. § 2252A(b)(2).

Count Two
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about February 20, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Kasnetz**, did knowingly possess material which contains images and videos of child pornography, as defined in 18 U.S.C. § 2256(8), that involved prepubescent minors and minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; shipped and transported in and affecting interstate and foreign commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.   Included on his HP Envy desktop computer were the following images and videos:

| File Name: | Description: |
|---|---|
| 2495.jpg | Image file depicting a nude male who is standing while holding a nude prepubescent girl upside down close to his body.  The male is penetrating her mouth with his penis and she is holding his penis. |
| Y319.rm | Video file consisting of a compilation of videos.  First, a nude prepubescent girl is lying on her back while a nude male penetrates her genitals with his penis.  After a period of time, the video cuts to close-up views of the girl's genitals and the man spreads her labia with his hands. |

| File Name: | Description: |
|---|---|
| yy002.rm | Video file which consists of a compilation of videos. In one clip, a male is penetrating the mouth of a nude prepubescent girl with his penis. The man and the girl appear to be in the back of a vehicle. In another clip, a male penetrates the genitals and anus of a prepubescent girl with his finger. |
| yy020.rm | Video file of a nude male lying on his back penetrating the mouth of a nude prepubescent girl with his penis. During the video, the girl is shown in different positions as the male penetrates her mouth with his penis. |

In violation of 18 U.S.C. § 2252A(a)(5)(B), the penalty for which can be found at 18 U.S.C. §2252A(b)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), the defendant, **Andrew Kasnetz**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. §§ 2252A and 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property. The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following: one HP Envy desktop computer, S/N MXX6340MFL.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Camille.Sparks@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANDREW KASNETZ

INDICTMENT

18 U.S.C. § 2252A(a)(2)
Receipt of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(5)(B)
Possession of Prepubescent Child Pornography
(Count 2)

18 U.S.C. § 2253
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this 11th day of July, 2018.

**Warrant to be Issued**
**Andrew Kasnetz**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending