IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 3:18-CR-345-D |
| ANDREW KASNETZ | § § § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, ANDREW KASNETZ, and requests this Court to continue the detention hearing in the above matter, and in support thereof would show the Court as follows:

I.

The current detention hearing is scheduled for Thursday, July 26, 2018. The undersigned attorney is set to be in the 296th Judicial District Court in Collin County for an open plea and will not be available for the detention hearing.

II.

The undersigned counsel respectfully requests that the detention hearing and that this cause be continued to a later date, allowing counsel to be present for the hearing.

**MOTION FOR CONTINUANCE - Page 1**

Counsel is available in the afternoon on Monday, July 30, 2018 or Tuesday, July 31, 2018.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, ANDREW KASNETZ, requests this Court grant his *Motion for Continuance,* allowing for counsel to be present.

Respectfully submitted,

/S/ Todd Shapiro
Todd Shapiro
State Bar of Texas No. 24027852
THE SHAPIRO LAW FIRM
701 East 15th Street, Suite 204
Plano, TX 75074
972.423.0033
972.423.0077 (fax)
Email – criminallaw@shapiro-law.net

ATTORNEY FOR ANDREW KASNETZ

## CERTIFICATE OF CONFERENCE

I hereby certify that this date, July 23, 2018, I emailed and left a phone message with Assistant United States Attorney, Camille Sparks, regarding the filing of this motion, and she has not responded regarding this Motion.

/S/ Todd Shapiro
Todd Shapiro

**MOTION FOR CONTINUANCE - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Motion for Continuance* was faxed to the Assistant United States Attorney, Camille Sparks, this 24th day of July, 2018.

/S/ Todd Shapiro
Todd Shapiro

**MOTION FOR CONTINUANCE - Page 3**