IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Case No. 3:18-cr-345-D |
| § | |
| ANDREW KASNETZ § | |

### DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Andrew Kasnetz, the Defendant in the above styled and numbered cause, by and through his attorney of record, Michael J. Todd, and respectfully moves the Court for an order to set conditions of release during the pendency of this case and in support of this motion, would show the Court as follows:

### I.

Defendant has been in federal custody since his arrest on or about July 20, 2018.

Defendant has not had a detention hearing since this matter began, as Defendant made a request for a psychiatric evaluation. Defendant was transferred to FCI Englewood for the requested examination and evaluation.

Defendant was deemed competent to stand trial and is now making a request for a release hearing pursuant to *18 U.S.C. §3142*.

**WHEREFORE, PREMISES CONSIDERED** Defendant prays that the court issues an order that determines there are a reasonable combination of conditions that can assure Defendant's appearance for all court settings without compromising the safety of the community, or, in the alternative **set this motion for a hearing**.

Page 1 of 2

Respectfully Submitted,

**/S/Michael J. Todd**
Michael J. Todd
Texas State Bar Number: 20098600
700 N. Pearl Street, Suite 2170
Dallas, Texas 75201
Telephone: (214) 630-8633
Fax: (214) 748-4348
E-mail: todd@toddlaw.org
**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was served upon the United States Attorney's Office and all other opposing counsel, via the Court's ECF system on the 1st day of May, 2019.

/s/Michael J. Todd
**Michael J. Todd**