IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case No. 3:18-cr-345-D |
| ANDREW KASNETZ | § | |

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION FOR CONTINUANCE**

On this day came to be considered Defendant's Unopposed Motion for Continuance, and same is hereby:

GRANTED_____

DENIED_____

Signed in Dallas, Texas on this the _____ day of _____, 2019.

_____
United States District Judge