IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 3:18-CR-00345-O |
| § | |
| ANDREW KASNETZ § | |

## MOTION TO WITHDRAW

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW,** James S. Bell, PC, James S. Bell, and Connor Nash (hereinafter "Movants"), and files this Motion to Withdraw (the "Motion") requesting permission of this Honorable Court to withdraw as attorneys of record in the above styled and numbered cause. In support of said Motion, undersigned counsel would show unto this Honorable Court as follows:

Movants respectfully request this Honorable Court enter an order discharging Movants as the attorney of record for Andrew Kasnetz ("Defendant") and to further order that Movants have no future responsibilities or obligations to or on behalf of Defendant in this case.

The Motion is based on good cause as defined in Rule 1.15 of the *Texas Disciplinary Rules of Professional Conduct*. Further, withdrawing from representation can be accomplished without material adverse effect on the interest of Defendant because Defendant is currently represented by other Counsel on this matter.

Movants requested relief to withdraw is not sought for or to delay. The undersigned has conferred with the prosecution and he is unopposed to the relief sought. Defendant is opposed with the relief sought and has been notified of this filing.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request this Honorable Court enter an order discharging Movants as the attorney of record for Andrew Kasnetz and to further order that Movants have no future responsibilities or obligations to or on behalf of Defendant in this case. Movants further respectfully request that any and all other necessary and appropriate relief be granted to affect this Motion.

Respectfully Submitted,

/s/ Connor Nash
Connor Nash
State Bar No. 24116809
Email: connor@jamesbellpc.com
James Bell
State Bar No. 24049314
Email: james@jamesbellpc.com
**JAMES S. BELL, P.C.**
2808 Cole Ave.
Dallas, Texas 75204
Telephone: (214) 668-9000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure.

/s/ Connor Nash
**Connor Nash**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with AUSA Shane Read regarding the above Motion and he is unopposed to the relief sought. I have also conferred with the Defendant and he is opposed to the relief sought.

/s/ Connor Nash
**Connor Nash**