IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 3:18-CR-345-D |
| § | |
| ANDREW KASNETZ § | |

### ORDER GRANTING MOTION TO WITHDRAW

On September 9, 2020, the Court considered the Motion to Withdraw (the "Motion"). The Motion is **GRANTED** in all respects. The Court finds that good cause exists for withdraw of James S. Bell, PC, Connor Nash, and James S. Bell as counsel for ANDREW KASNETZ.

**IT IS THEREFORE ORDERED** that James S. Bell, PC, James S. Bell, and Connor Nash are withdrawn as counsel of record for ANDREW KASNETZ and are relieved of any further responsibility associated with the representation of ANDREW KASNETZ.

SO ORDERED.

SIGNED on   September 9, 2020                      .

_____
**HONORABLE DISTRICT JUDGE PRESIDING**