ORIGINAL

FILED
SEP 22 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:18-CR-345-D |
|---|---|
| v. | |
| ANDREW KASNETZ | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
#### Receipt of Child Pornography
#### (Violation of 18 U.S.C. § 2252A(a)(2))

On or about February 20, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Kasnetz**, did knowingly receive child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by receiving from another using the Internet and his computer, visual depictions of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256. Specifically, **Andrew Kasnetz**, while using a peer-to-peer network, and the internet, received videos of child pornography including the following video file:

Indictment—Page 1

| File Name: | Description: |
| --- | --- |
| 0e68ef0a56ae0a292770beca6c40cb2b – girl grace1 hmm man oral pthc sound_of_silence.mpg | Video file depicting a nude minor girl lying on her back on what appears to be a bed. A nude male is penetrating the girl's mouth with his penis. The male appears to ejaculate into the girl's mouth. |

In violation of 18 U.S.C. § 2252A(a)(2), the penalty for which is found at 18 U.S.C. § 2252A(b)(2).

<u>Count Two</u>
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about February 20, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Kasnetz**, did knowingly possess material which contains images and videos of child pornography, as defined in 18 U.S.C. § 2256(8), that involved prepubescent minors and minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; shipped and transported in and affecting interstate and foreign commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer. Included on his HP Envy desktop computer were the following images and videos:

| **File Name:** | **Description:** |
| --- | --- |
| 2495.jpg | Image file depicting a nude male who is standing while holding a nude prepubescent girl upside down close to his body. The male is penetrating her mouth with his penis and she is holding his penis. |
| Y319.rm | Video file consisting of a compilation of videos. First, a nude prepubescent girl is lying on her back while a nude male penetrates her genitals with his penis. After a period of time, the video cuts to close-up views of the girl's genitals and the man spreads her labia with his hands. |

Indictment—Page 3

| File Name: | Description: |
|---|---|
| yy002.rm | Video file which consists of a compilation of videos. In one clip, a male is penetrating the mouth of a nude prepubescent girl with his penis. The man and the girl appear to be in the back of a vehicle. In another clip, a male penetrates the genitals and anus of a prepubescent girl with his finger. |
| yy020.rm | Video file of a nude male lying on his back penetrating the mouth of a nude prepubescent girl with his penis. During the video, the girl is shown in different positions as the male penetrates her mouth with his penis. |

In violation of 18 U.S.C. § 2252A(a)(5)(B), the penalty for which can be found at 18 U.S.C. §2252A(b)(2).

Count Three
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about February 20, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Andrew Kasnetz**, did knowingly possess material which contains images and videos of child pornography, as defined in 18 U.S.C. § 2256(8), that involved prepubescent minors and minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; shipped and transported in and affecting interstate and foreign commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer. Included on his Samsung laptop computer were the following images:

| Name | Description |
| --- | --- |
| 00006b.jpg | Image file depicting a nude pubescent girl kneeling in front of a nude male who is holding his erect penis and inserting it into the child's mouth. The words "Daughters 13 & Daddys! --> beam.to/daddy13" appear on the bottom of the image. The words "Daddies and Darlings" appear at the top right of the image. |
| 01e.jpg | Image file depicting a nude prepubescent girl lying on a blanket and propped up on one elbow. The girl is spreading her legs exposing her genitals. On the bottom of the image are the words: www.beam.to/love13 |
| 004c.jpg | Image file depicting a prepubescent girl sitting on a chair with her shirt pulled up and over and on the back of her neck. The girl's pants are pulled down to her ankles. The girl is slouched with her genitals pointed toward the image capture device. The girl's breasts and genitals are clearly visible. The words "Lolita Videos! --> www.beam.to/videos12" are at the bottom of the image. |
| crazynature09-092.JPG | Image file depicting a nude prepubescent girl kneeling with her legs spread apart with her butt and back towards the |

|   | image capture device. The girl's genitals and anus are clearly visible. The words "Crazy nature" are on the top right of the image. |
|---|---|

In violation of 18 U.S.C. § 2252A(a)(5)(B), the penalty for which can be found at 18 U.S.C. §2252A(b)(2).

Indictment—Page 6

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One, Two, and Three and pursuant to 18 U.S.C. § 2253(a), the defendant, **Andrew Kasnetz**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. §§ 2252A and 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property. The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following: one HP Envy desktop computer, S/N MXX6340MFL and a Samsung laptop computer S/N JK3H91HF500002F .

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHANE READ
Assistant United States Attorney
Texas State Bar No. 16623950
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Shane.read@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANDREW KASNETZ

SUPERSEDING INDICTMENT

18 U.S.C. § 2252A(a)(2)
Receipt of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(5)(B)
Possession of Prepubescent Child Pornography
(Counts 2 and 3)

18 U.S.C. § 2253
Forfeiture Notice

3 Counts

A true bill rendered

_____
DALLAS                                                                                       FOREPERSON

Filed in open court on this 22 day of September, 2020.

-----------------------------------------------------------------------------------
**No Warrant Needed**
-----------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:18-CR-345-D