IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **V.** | § | **Criminal No.: 3:18-cr-00345-D** |
| **ANDREW KASNETZ** | § | |

## NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **GEORGE R. MILNER, III**, and hereby wishes to enter his appearance as Counsel for Defendant **ANDREW KASNETZ** in the above-styled and numbered cause.

    Respectfully submitted,
    /s/ George R. Milner, III

    GEORGE R. MILNER, III
    **MILNER | FINN**
    2828 N. Harwood Street, Suite 1950
    Dallas, Texas  75201
    Office: (214) 651-1121
    Fax: (214) 953-1366
    gunner@milnerfinn.com
    Texas State Bar No. 00784611
    ATTORNEY FOR DEENDANT

## CERTIFICATE OF SERVICE

  I, George R. Milner, III, hereby certify a true and correct copy of the foregoing Notice for Entry of Appearance as Counsel was forwarded to the Assistant United States Attorney's Office via ECF on this the 7th day of January, 2021.

            <u>/s/ George R. Milner, III</u>
            George R. Milner, III