IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> § <br> **v.** § <br> § <br> **ANDREW KASNETZ** § | Case No. 3:18-CR-00345-O |

### NOTICE OF APPEARANCE AS CO-COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Connor Nash, and files this Notice of Appearance as Co-Counsel for Defendant Andrew Kasnetz.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court lists Connor Nash as co-counsel of record for Defendant Andrew Kasnetz.

Respectfully submitted,

NASH LAW, PLLC

/s/ Connor Nash
Connor Nash
State Bar No. 24116809
connor@nashpllc.com
2975 Blackburn, #1419
Dallas, TX 75204
Telephone: (214) 395-9504

ATTORNEY FOR ANDREW KASNETZ

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically *via* the CM/ECF system.

/s/ Connor Nash
Connor Nash