ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 JUL 27  AM 9: 01

DEPUTY CLERK_____ nwb

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 3:18-CR-00345-D |
| | § | |
| ANDREW B. KASNETZ | § | |

### MOTION FOR LEAVE AND TO REQUEST PERMISSION

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW DEFENDANT, Mr. Andrew Kasnetz, and files this, his Motion for Leave and to Request Permission, and shows the Court the following:

I respectfully request this Honorable Court allow him to file a Motion for Extension of Deadlines. I make this request as I have not yet been able to retain new counsel to handle this matter and request additional time in this regard.

RESPECTFULLY SUBMITTED,

_____
ANDREW B. KASNETZ,
**DEFENDANT**
P.O. Box 190543
Dallas, TX 75219
214-434-6492

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021 true and correct copies of this document were served on the assistant United States Attorney of record in this case through the US Postal Service.

_____
ANDREW B. KASNETZ,
DEFENDANT
P.O. Box 190543
Dallas, TX 75219
214-434-6492