UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:18-CR-345-L |
| | § | |
| ANDREW KASNETZ | § | Filed Under Seal |

**SUPPLEMENTAL MOTION FOR LEAVE
PURSUANT TO ORDER [DOC.137]**

**TO THE HONORABLE US DISTRICT JUDGE SAM LINDSAY:**

COMES NOW, Andrew Kasnetz, and files this, his Supplemental Motion for Leave pursuant to Order [Doc. 137], and respectfully shows the following:

Your honor, I express my sincere apologies for failing to comply with the deadline of July 26, 2021 to either retain a new counsel or schedule a *Faretta* hearing. I have no excuse. I assure to this Honorable Court that this will not be repeated on my part ever again. I hired a courier service to schedule the Motion for Leave filing the afternoon of July 26, 2021, however, the courier service went to the Dallas County Courthouse instead of the Federal Courthouse, therefore, was not filed until the day after. I also did not confer with the Government as I did not know if I personally could until I had my *Faretta* hearing and was pro se. I received your Order [Doc. 137] on August 11th and have turned my attention to working on those obligations.

I take this matter and the Court's Orders very seriously. I mean no

disrespect to you or to the Government and apologize for my missed deadline. I have never missed a court date in my life, and I will arrive at the courthouse early before any scheduled or ordered hearing and I will comply with all Your Honor's directions, orders and wishes.

I hired Countdown Courier Services to pick up and deliver the motion for leave and the actual motion that was attached as an exhibit thereto on July 26, 2021. The courier was scheduled to pick up the documents before 3 p.m. and have the documents filed by 4 p.m. I did not find out that it had not been filed that day until after 4 p.m. I called the afterhours number for the courier service and was told the courier mistakenly went to 600 Commerce Street Dallas Texas 75201 instead of the Federal District Clerk at 1100 Commerce Street Dallas Texas 75201. The courier then filed it the next day once the Federal Courthouse opened up.

I understand it was late, Your Honor. This is not an excuse, as I should have begun this process earlier. It is only an explanation as to why it was filed a day late. I have attached copies of my phone records from that day hereto as Exhibit 1.

I did not confer with the United States Attorney's office regarding what I filed. Because I am stuck in limbo without an attorney and I am not yet *pro se*, I did not know if I was able to consult with the Government on my matter. I have

now conferred with AUSA Abe McGlothin on August 12, 2021 and he stated that he is unopposed to an extension for me to retain new counsel.

Again, I sincerely apologize for failing to comply with the deadline of July 26, 2021. I just need a little bit more time to retain new counsel and prepare this case for the April trial date.

Respectfully submitted,

Andrew Kasnetz

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with AUSA Abe McGlothin, and he stated the Government is unopposed to extending the deadline for me to retain new counsel.

Andrew Kasnetz

# EXHIBIT ONE

# SUPPLEMENTAL MOTION FOR LEAVE PURSUANT TO ORDER DOC 137

# COURIER TEXT MESSAGES PAGES 1-7













