IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:18-CR-345-L |
| | § | |
| ANDREW KASNETZ | § | |

## ORDER OF REFERENCE

Before the court are Defendant's Motion and Brief for Pretrial Disclosure of All Evidence the Government Intends to Offer Pursuant to Rule 404(b) of the Federal Rule of Evidence (Doc. 153); Motion and Brief Seeking Pretrial Production of All Jencks Act Material (Doc. 154); Supplemental Motion to Compel Production and Inspection of Torrential Downpour Software and Brief in Support (Doc. 155); and Renewed and Supplemental Motion to Compel Production Pursuant to *Brady v. Maryland* (Doc. 156), all filed December 3, 2021.  Pursuant to 28 U.S.C. § 636(b), the motions are hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination.

**It is so ordered** this 11th day of January, 2022.

Sam A. Lindsay
United States District Judge

Order - Solo Page