IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:18-CR-345-L |
|---|---|
| v. | |
| ANDREW BLAIR KASNETZ | |

## GOVERNMENT'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, offers these objections.

| Exhibit | Description | Reason |
|---|---|---|
| 3 | Taly Hafer email | R. 401 relevance |
| 4 | Video of custodial questioning of defendant | R. 401 & 801 Relevance and Hearsay |

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


s/ Shane Read_____
SHANE READ
Assistant United States Attorney
Texas State Bar No. 16623950
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214-659-8600
Fax: 214-659-8809

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, this document was filed in ECF and electronically served on opposing counsel.

_s/ Shane Read_____
SHANE READ
Assistant United States Attorney