IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:18-CR-345-L |
| | § | |
| | § | |
| ADNREW KASNETZ | § | |

**OPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Andrew Kasnetz, Defendant, by and through his undersigned counsel, and hereby moves this Court for a continuance of the hearings set for March 29, 2022, and in support thereof would show as follows.

**PROCEDURAL AND FACTUAL BACKGROUND**

1.      This matter is set for hearings on the following defense motions at 1:00 p.m., March 29, 2022:  Supplemental Motion to Compel Production and Inspection of Torrential Downpour Software [155]; Motion Seeking Pre-Trial Production of All Jencks Act Material [154]; Supplemental Motion to Compel Production Pursuant to Brady v. Maryland [156]; and, Motion for Disclosure Pre-Trial of All Evidence the Government Intends to Offer Pursuant to Rule 404(b) of the Federal Rules of Evidence [153] (the "Defense Motions").  Said Defense Motions were all filed on December 3, 2021.

2.      Defendant is currently charged with one count of Receipt of Child Pornography (in violation of 18 U.S.C. § 2252A (a)(2)) and two counts of Possession of Prepubescent Child Pornography (in violation of 18 U.S.C. § 2252A (a)(5)(B)).

3.      Final trial is set April 11, 2022.

4.      The Court set the Defense Motions by Order dated March 25, 2022 [173], after first inquiring about setting the Defense Motions on March 21, 2022.

5.      Defendant Andrew Kasnetz ("Kasnetz") has had several recent surgeries including most recently on March 25, 2022.

6.      Kasnetz is suffering significant post-operative mal-effects of his most recent surgery. In connection herewith, Kasnetz is filing medical correspondence under seal contemporaneously with the filing of this motion for continuance.

7.      The defense has retained the computer forensics expert, Michele Bush, Loehrs Forensics, 1505 N. Central Ave., Suite 111, Phoenix, Arizona 85004, in this matter.

8.      Ms. Bush is unavailable to assist in the presentation of the Defense Motions on March 29, 2022.  A true and correct copy of the March 28, 2022 email received from Michele Bush, regarding her unavailability is marked as Exhibit "A," and fully incorporated for all purposes herein.

### ARGUMENT

9.      Defendant moves the Court for a brief continuance of the hearing on the Defense Motions in order that Defendant may better participate in the proceedings and assist in his own defense.

10.     Defendant further moves the Court for a brief continuance of the hearing on the Defense Motions in order that Defendant's expert, Michele Bush, may assist in Kasnetz's defense.

WHEREFORE, PREMISES CONSIDERED, for the reasons and authorities stated in this motion and memorandum, Defendant Andrew Kasnetz respectfully moves this Court for brief continuance of the March 29, 2022 hearing on the Defense Motions.

Respectfully submitted:


By: /s/ Jeffrey T. Hall
    Jeffrey T. Hall
    State Bar No. 00787622
    jthallesq@gmail.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone (214) 635-1839
Facsimile (855) 830-1952

**ATTORNEY FOR DEFENDANT**
**ANDREW BLAIR KASNETZ**


## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant hereby certifies that a conference was had regarding the relief requested in this Motion on March 28, 2022, with Eduardo Palomo and Shane Read, Assistant United States Attorneys, and both Mr. Palomo and Mr. Read advise that they opposed the Motion.

    Certified, March 28, 2022.


/s/ Jeffrey T. Hall
Jeffrey T. Hall

3

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing document was served by filing electronically, utilizing the CM/ECF system currently in operation by this Court, which CM/ECF system will automatically notify the assigned prosecutor at the United States Attorney's Office for the Northern District of Texas. The electronic case filing system will send a Notice of Electronic Filing to opposing counsel of record.  Accordingly, this document was served, under the Federal Rules of Criminal Procedure, upon all parties or their counsel of record on March 28, 2022.

/s/ Jeffrey T. Hall
Jeffrey T. Hall

**EXHIBIT "A"**

From: **Michele Bush** mb@LoehrsForensics.com
Subject: Re: USA v. Kasnetz; No. 3:18-cr-345 NDTX
Date: March 28, 2022 at 11:00 AM
To: Jeff Hall jthallesq@gmail.com
Cc: Loehrs Forensics info@loehrsforensics.com, Madison Thomas mt@LoehrsForensics.com

MB

Hi Jeff,

Thanks for following up. I did briefly review this weekend but ended up having prior obligations I needed to focus on. I have a meeting until about 1pm today and can discuss after that. As far as my schedule goes moving forward, I am fully committed through the first week of May.

I look forward to speaking with you.

Michele Bush | Forensics Expert
Loehrs Forensics | A Digital Forensics Company
1505 N. Central Ave, Suite 111 | Phoenix, AZ 85004
TUC 520.219.6807 | PHX 602.313.0976

This message and any of the attached documents contain information from Loehrs Forensics, LLC. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you receive this email in error, please notify the sender by e-mail and then delete this.

**From:** Jeff Hall <jthallesq@gmail.com>
**Sent:** Monday, March 28, 2022 7:35 AM
**To:** Madison Thomas <mt@LoehrsForensics.com>
**Cc:** Michele Bush <mb@LoehrsForensics.com>; Loehrs Forensics <info@loehrsforensics.com>
**Subject:** Re: USA v. Kasnetz; No. 3:18-cr-345 NDTX

Michele,

Thank you for conferring with my on the phone last week.  Have you had an opportunity to gather your thoughts per our discussion?  Also, the hearing is presently set for tomorrow at 1, in Dallas,  I am attempting to get it re-scheduled to next week. What is your availability?

Best regards,

Jeff

Jeffrey T. Hall
Attorney at Law
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
214.635-1839 (Telephone)
855.830-1952 (Facsimile)

jthallesq@gmail.com

Confidentiality Notice
This electronic mail transmission is privileged and confidential. It should be read or retained only by the intended recipient. If you have received this transmission in error or inadvertently, please immediately notify the sender and delete it from your system, retaining no copies and without re-transmission or sharing with any other person or entity.

> On Mar 25, 2022, at 11:44 AM, Jeff Hall <jthallesq@gmail.com> wrote:
>
> That works for me.
>
> Thank you,
>
> Jeffrey T. Hall
> Attorney at Law

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
214.635-1839 (Telephone)
855.830-1952 (Facsimile)

jthallesq@gmail.com

Confidentiality Notice
This electronic mail transmission is privileged and confidential. It should be read or retained only by the intended recipient. If you have received this transmission in error or inadvertently, please immediately notify the sender and delete it from your system, retaining no copies and without re-transmission or sharing with any other person or entity.

On Mar 25, 2022, at 11:43 AM, Madison Thomas <mt@LoehrsForensics.com> wrote:

Hi Jeff,

Michele can be available at 3pm (AZ time) today to discuss. If that works for you, please initiate the call to our PHX number below.

Thanks!

**Madison Thomas I** Manager
<image001.png>
Loehrs Forensics I A Digital Forensics Company
1505 N. Central Ave, Suite 111 I Phoenix, AZ 85004
TUC 520.219.6807 I PHX 602.313.0976
LINKEDIN I   WEBSITE  I GOOGLE

This message and any of the attached documents contain information from Loehrs Forensics, LLC. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you receive this email in error, please notify the sender by e-mail and then delete this.

**From:** Jeff Hall <jthallesq@gmail.com>
**Sent:** Thursday, March 24, 2022 4:59 PM
**To:** Michele Bush <mb@LoehrsForensics.com>; Loehrs Forensics <info@loehrsforensics.com>
**Subject:** USA v. Kasnetz; No. 3:18-cr-345 NDTX

Michele,

The Court has set a hearing regarding torrential downpour issues next Tuesday afternoon. Erdley will be testifying for the Government.

Do you have time to discuss tomorrow / this weekend and might you be able to participate as either an expert or in a consulting capacity?

I apologize for the short notice. We have only just been advised of the date.

Best regards,

Jeff

Jeffrey T. Hall
Attorney at Law
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
214.635-1839 (Telephone)
855.830-1952 (Facsimile)

jthallesq@gmail.com

Confidentiality Notice
This electronic mail transmission is privileged and confidential. It should be read or retained only by the intended recipient. If you have received this transmission in error or inadvertently, please immediately notify the sender and delete it from your system, retaining no copies and without re-transmission or sharing with any other person or entity.

Sent from my iPhone