UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:18-CR-345-L |
| | § | |
| ANDREW KASNETZ | § | |

## **ORDER**

The court hereby sets this case for pretrial conference on **Monday, April 11, 2022, at 10:00 a.m.** During this conference, the court will take up all outstanding pretrial matters. Jury selection in this case will commence **Tuesday, April 12, 2022, at 9:00 a.m.** Testimony will commence following jury selection, and the trial will proceed until concluded. The parties are to meet, confer, and provide to the court in writing by **4:00 p.m., Friday, April 8, 2022**, a list of all exhibits to which no objection is being made.

**It is so ordered** this 28th day of March, 2022.

Sam A. Lindsay
United States District Judge