IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 3:18-CR-345-D<br>**ECF** |
| ANDREW KASNETZ | |

**GOVERNMENT'S EXHIBIT LIST**

| Ex. # | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Photo of HP Envy desktop screen | | |
| 2 | Photo of Samsung laptop desktop screen | | |
| 3 | Screenshot of downloads from BitTorrent | | |
| 4 | Video of a minor girl with a male, as described in Count One of indictment (*contains contraband*) | | |
| 5 | Image of a prepubescent minor girl with a male, as described in Count Two of indictment (*contains contraband*) | | |
| 6 | Video compilation of a prepubescent minor girl with a male, as described in Count Two of indictment (*contains contraband*) | | |
| 7 | Video compilation of prepubescent minor girls with a male, as described in Count Two of indictment (*contains contraband*) | | |
| 8 | Video of a prepubescent minor girl with a male, as described in Count Two of indictment (*contains contraband*) | | |
| 9 | Image of a pubescent girl with a male, as described in Count Three of indictment (*contains contraband*) | | |
| 10 | Image of a prepubescent girl, as described in Count Three of indictment (*contains contraband*) | | |
| 11 | Second image of a prepubescent girl, as described in Count Three of indictment | | |

|    |                                                                                              |  |  |
|----|----------------------------------------------------------------------------------------------|--|--|
|    | (*contains contraband*)                                                                      |  |  |
| 12 | Third image of a prepubescent girl, as described in Count Three of indictment (*contains contraband*) |  |  |
| 13 | BitTorrent download reports                                                                  |  |  |
| 14 | Prefetch Files (HP Envy)                                                                     |  |  |
| 15 | Video footage of search warrant execution conducted by the Dallas Police Department          |  |  |
| 16 | Search warrant photo of HP Envy desktop computer                                             |  |  |
| 17 | Search warrant photo of Samsung laptop                                                       |  |  |
| 18 | Reserved                                                                                     |  |  |
| 19 | Report of Keyword Search Terms from HP Envy Operating System                                 |  |  |
| 20 | Photo of the outside of Kasnetz's home                                                       |  |  |
| 21 | Report of Internet Search Terms from HP Envy (Google)                                        |  |  |
| 22 | Seagate external hard drive recovered from Kasnetz's home (physical exhibit)                 |  |  |
| 23 | Second Seagate external hard drive recovered from Kasnetz's home (physical exhibit)          |  |  |
| 24 | Search and Seizure Record                                                                    |  |  |
| 25 | HP Envy desktop computer, S/N MXX6340KFL (physical exhibit)                                  |  |  |
| 26 | Samsung laptop computer (physical exhibit)                                                   |  |  |
| 27 | Report of Internet Search Terms from Samsung Laptop (Internet Explorer)                      |  |  |
| 28 | Security Camera Footage from Kasnetz's Home                                                  |  |  |
| 29 | Security Camera Footage From Kasnetz's Home (Search Team)                                    |  |  |
| 30 | Report of Jump Lists (HP Envy Computer)                                                      |  |  |
| 31 | Report of Jump Lists (Samsung Laptop Computer)                                                |  |  |
| 32 | Screenshots of File Structure in Count One (*contains contraband*)                           |  |  |
| 33 | Screenshots of File Structure (HP Envy) (*contains contraband*)                              |  |  |

| 34 | Screenshots of File Structure (Samsung Laptop) (*contains contraband*) | | |
|---|---|---|---|
| 35 | Demonstrative Video of uTorrent | | |
| 36 | Report of Files (HP Envy) | | |
| 37 | Tax Document (HP Envy) | | |
| 38 | MBK Trust Agreement (HP Envy) | | |
| 39 | Account Transcript (HP Envy) | | |
| 40 | Business Records for Charter Communications | | |
| 41 | Photo of Security Camera System | | |
| 42 | RCFL Chain of Custody | | |
| 43 | FBI Chain of Custody | | |
| 44 | Report of Internet Search Terms from Samsung Laptop (Chrome) | | |
| 45 | Report of Internet Search Terms from Samsung Laptop (Opera) | | |
| 46 | Report of Chrome Logins (Samsung) | | |
| 47 | Metadata from Images | | |
| 48 | LNK Files (HP Envy) | | |
| 49 | User Accounts (HP Envy) | | |
| 50 | Windows Prefetch Files (HP Envy) | | |
| 51 | Shellbags (HP Envy) | | |
| 52 | Torrent Active Transfers (HP Envy) | | |
| 53 | Torrent File Fragments (HP Envy) | | |