IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| v. § | Criminal No. **3:18-CR-345-L** |
| § § | |
| **ANDREW KASNETZ** § | |

## ORDER

Before the court is Defendant's Unopposed Motion for Leave to File Memorandum in Support of Defendant's Objections to Government's Exhibit List (Doc. 204), filed May 20, 2022. As the Motion for Leave is unopposed, the court **grants** the Motion for Leave and **directs** the clerk of the court to file as a separate document Defendant's Memorandum in Support of Objections to Government's Exhibit List (Doc. 204-1). Because this submission by Defendant was filed after the deadlines set by the court for briefing, the pretrial conference scheduled for May 17, 2022, is **continued** to **May 25, 2022**, at **8:30 a.m.**, to give the court adequate time to review the parties' briefing before the pretrial conference. *The parties are also reminded to heed the court's prior admonition about filing additional materials that could further delay the pretrial conference or trial. Now that all pretrial deadlines have expired and briefing on the parties' objections is complete, there should be no need to file anymore motions, documents, or other materials before the pretrial conference or trial. The parties have been put on notice regarding late filings, and the court will not continue to allow documents to be filed after the expiration of deadlines.*

**It is so ordered** this 16th day of May, 2022.

Sam A. Lindsay
United States District Judge

Order – Solo Page