IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:18-CR-345-L |
| | § | |
| ANDREW KASNETZ | § | |

### ORDER

Before the court is defense counsel, Mr. Scott H. Palmer's Unopposed Motion for Leave to File Motion to Withdraw as Attorney of Record ("Motion") (Doc. 218), filed November 1, 2022. After consideration, the court determines that the Motion for Leave should be and is hereby **granted**. Accordingly, Mr. Palmer is permitted to file his Motion by **5:00 p.m., Thursday, November 3, 2022.** Because of the fast-approaching trial date, the Government is **directed** to file a response to the substantive Motion to Withdraw by **5:00 p.m., Thursday, November 10, 2022.**

**It is so ordered** this 2nd day of November, 2022.

Sam A. Lindsay
United States District Judge

Solo Page